AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Neiter, Richard M. | U.S. Bankruptcy Court, Central District of California | 09/22/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge--full time | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Roybal Federal Bldg.
255 E. Temple St. #1652
Los Angeles, Ca. 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | ▨▨▨▨▨▨ |
| 2. | Co-trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | Employment agreement with ST&G for deferred compensation upon terminating my shareholder interest in 2001 and retirement in 2006. See Part VIII. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiter, Richard M. | 09/22/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | ST&G deferred compensation | $63,359.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | self empoyed art consultant |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiter, Richard M. | 09/22/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiter, Richard M. | 09/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA #1 (H) | | | | | | | | | Part VII - Header |
| 2.   -Schwab Money Market | A | Int./Div. | J | T | | | | | |
| 3.   -TR Price Emg Bond (PREMX) | E | Dividend | | | Buy (add'l) | 06/25/13 | J | | |
| 4. | | | | | Buy (add'l) | 08/28/13 | J | | |
| 5. | | | | | Sold | 09/12/13 | N | | |
| 6.   - BlackRock Global Alloc (MALOX) | E | Dividend | N | T | Sold (part) | 06/11/13 | J | B | |
| 7. | | | | | Buy (add'l) | 08/28/13 | M | | |
| 8.   - Columbia Dividend Inc. Z (GSFTX) | | None | | | Sold | 03/21/13 | M | | |
| 9.   - Columbia Dividend Income FD (CDDRX) | D | Dividend | N | T | Buy | 03/21/13 | M | | |
| 10. | | | | | Sold (part) | 06/11/13 | K | C | |
| 11. | | | | | Buy (add'l) | 09/13/13 | M | | |
| 12.   - Osterweis Fund (OSTFX) | E | Dividend | N | T | Sold (part) | 02/06/13 | J | C | |
| 13. | | | | | Sold (part) | 06/11/13 | K | D | |
| 14. | | | | | Buy (add'l) | 09/17/13 | M | | |
| 15.   -JPMorgan Research (JPMNX) | | None | N | T | Buy (add'l) | 06/12/13 | J | | |
| 16. | | | | | Buy (add'l) | 08/28/13 | M | | |
| 17. | | | | | Buy (add'l) | 09/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Merger Fund (MERFX) | D | Dividend | N | T | Buy (add'l) | 04/05/13 | J | | |
| 19. | | | | | Sold (part) | 06/25/13 | J | A | |
| 20. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 21. -Neuberger Berman Eq Inc (NBHAX) | C | Dividend | | | Sold (part) | 04/04/13 | J | B | |
| 22. | | | | | Sold | 08/28/13 | M | E | |
| 23. -PIMCO Uncons Bond (PFIUX) | C | Dividend | N | T | Buy (add'l) | 08/28/13 | J | | |
| 24. | | | | | Buy (add'l) | 09/13/13 | L | | |
| 25. -PIMCO All Asset All Aut (PAUIX) | E | Dividend | M | T | Sold (part) | 04/04/13 | J | A | |
| 26. | | | | | Buy (add'l) | 06/12/13 | J | | |
| 27. | | | | | Sold (part) | 08/28/13 | N | | |
| 28. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 29. -PIMCO Global Multi (PGAIX) | C | Dividend | N | T | Buy (add'l) | 06/25/13 | K | | |
| 30. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 31. -Schwab Fund Lg Co (SFLNX) | D | Dividend | N | T | Sold (part) | 02/06/13 | K | C | |
| 32. | | | | | Sold (part) | 06/25/13 | K | D | |
| 33. | | | | | Buy (add'l) | 09/13/13 | M | | |
| 34. -Vanguard S/T Corp (VFSTX) | B | Dividend | | | Sold | 04/04/13 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiter, Richard M. | 09/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Vanguard Dividend Growth (VDIGX) | D | Dividend | N | T | Sold (part) | 04/04/13 | K | B | |
| 36. | | | | | Sold (part) | 06/25/13 | K | B | |
| 37. | | | | | Buy (add'l) | 08/28/13 | M | | |
| 38. | | | | | Buy (add'l) | 09/17/13 | K | | |
| 39.   -Vanguard Equity Income (VEIPX) | E | Dividend | N | T | Sold (part) | 04/04/13 | K | C | |
| 40. | | | | | Sold (part) | 06/11/13 | J | B | |
| 41. | | | | | Buy (add'l) | 08/28/13 | M | | |
| 42. | | | | | Buy (add'l) | 09/17/13 | K | | |
| 43.   -WisdomTree Emerging Mk EQ (DEM) | C | Dividend | | | Buy | 04/08/13 | M | | |
| 44. | | | | | Buy (add'l) | 06/11/13 | J | | |
| 45. | | | | | Buy (add'l) | 06/11/13 | J | | |
| 46. | | | | | Buy (add'l) | 06/11/13 | J | | |
| 47. | | | | | Sold | 09/12/13 | M | | |
| 48.   IRA #2 (H) | | | | | | | | | Header |
| 49.   -Schwab One MM | A | Dividend | L | T | | | | | |
| 50.   IRA #3 (SEP) (H) | | | | | | | | | Header |
| 51.   -Schwab One MM | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - PIMCO All Asset Fund Institutional (PAAIX) | A | Dividend | K | T | Sold (part) | 11/06/13 | J | | |
| 53. Trust #1 (H) | | | | | | | | | Header |
| 54. -Schwab Money Market | | None | J | T | | | | | |
| 55. -US Bank account | A | Interest | M | T | | | | | |
| 56. -Innovative Microtech (common stock) | | None | | | Sold | 12/30/13 | J | A | Theodore B. Stolman |
| 57. -Private Bank of California (common stock | | None | | | Merged (with line 58) | 08/05/13 | L | E | |
| 58. Banc of California, Inc | A | Dividend | K | T | | | | | |
| 59. - Rental Property-Los Angeles County, Ca | C | Rent | P1 | W | | | | | |
| 60. - Partial interest in ⬛ Association | | None | J | T | | | | | |
| 61. ⬛ | D | Distribution | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiter, Richard M. | 09/22/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Neiter, Richard M. | 09/22/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard M. Neiter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544